## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re:

(1)  **Arius Jameel Newell**
　　　xxx-xx-8085                                    **Case No.  19-20421-L**

(2)
　　　　　　　　　　　　　　　　　　　　　　　　**Chapter 13**

Debtor(s)

### CHAPTER 13 PLAN

**ADDRESS:**　(1)　<u>6634 Hartford Drive</u>　　　　(2)
　　　　　　　　　<u>Memphis TN 38134</u>

**PLAN PAYMENT:**

　　**DEBTOR (1)** shall pay　<u>$131.00</u>　( ) weekly, (X) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

　　　**( X ) PAYROLL DEDUCTION** from:　<u>Memphis Basketball LLC</u>　　**OR** ( ) **DIRECT PAY.**
　　　　　　　　　　　　　　　　　　　<u>191 Beale Street</u>
　　　　　　　　　　　　　　　　　　　<u>Memphis TN 38103</u>

　　**DEBTOR (2)** shall pay　$_____　( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

　　　**( ) PAYROLL DEDUCTION** from:　_____　**OR** ( ) **DIRECT PAY.**
　　　　　　　　　　　　　　　　　　　_____

1.  **THIS PLAN [Rule 3015.1 Notice]:**

　　(A) **CONTAINS A NON-STANDARD PROVISION.   [See plan provision #19]**　( ) YES　( X ) NO

　　(B) **LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON VALUATION
　　　　OF THE COLLATERAL FOR THE CLAIM.  [See plan provisions #7 and #8]**　( X ) YES　( ) NO

　　(C) **AVOIDS A SECURITY INTEREST OR LIEN.  [See plan provision #12]**　( ) YES　( X ) NO

2.  **ADMINISTRATIVE EXPENSES:**  Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3.  **AUTO INSURANCE:** ( ) Included in Plan; **OR (X)** Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

4.  **DOMESTIC SUPPORT:**  Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to:

| | Monthly Plan Payment |
|---|---|
| _____; ongoing payment begins _____ | $_____ |
| Approximate arrearage: _____ | $_____ |
| _____; ongoing payment begins _____ | $_____ |
| Approximate arrearage: _____ | $_____ |

5.  **PRIORITY CLAIMS:**

| | Value of Claim | Monthly Plan Payment |
|---|---|---|
| Internal Revenue Service_____ | $1,008.75 | $17.00 |
| _____ | _____ | $_____ |

6.  **HOME MORTGAGE CLAIMS:**　( ) Paid directly by Debtor(s);  **OR** ( ) Paid by Trustee to:

| | | Monthly Plan Payment |
|---|---|---|
| _____; ongoing payment begins _____ | | $_____ |
| Approximate arrearage: _____ Interest_____% | | $_____ |
| _____; ongoing payment begins _____ | | $_____ |
| Approximate arrearage: _____ Interest_____% | | $_____ |

7.  **SECURED CLAIMS:**
　　[Retain lien 11 U.S.C. §1325 (a)(5)]

| | Value of Collateral | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| _____ | _____ | _____% | $_____ |
| _____ | _____ | _____% | $_____ |
| _____ | _____ | _____% | $_____ |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| | Value of Claim | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| [Retain lien 11 U.S.C. § 1325 (a)] | | | |
| Pyramid Financial Inc. | $6,177.88 | 7.0 % | $121.00 |
| | | % | $ |
| | | % | $ |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

Collateral:_____
Collateral:_____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Value of Claim | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| City of Memphis Court Clerk | $907.75 | % | $16.00 |
| | | % | $ |
| | | % | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

US Department of Education          (X) Not provided for     **OR** ( ) General unsecured creditor
                                    ( ) Not provided for     **OR** ( ) General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C. §522(f):**

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILE CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** $      19,419.58      .

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

( ) _____%, **OR,**

**(X) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

( ) Assumes     **OR** ( ) Rejects.
( ) Assumes     **OR** ( ) Rejects.

**17. COMPLETION:**     Plan shall be completed upon payment of the above, approximately      sixty (60)      months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ S. Jonathan Garrett          DATE: <u>January 15, 2019</u>
**Debtor(s)' Attorney Signature**

S. Jonathan Garrett (BPR#019389) Attorney for Debtor
2670 Union Avenue Extended, Suite 1200,  Memphis, Tennessee 38112-4424
Telephone: 901-323-3200     Facsimile: 901-323-3275     Email: help@sjgarrett.com